Appendix B

Revised: 7/1/03

[STAMP: U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS MAR - 3 2004 DAVID J. MALAND, CLERK]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # <u>6:04-CV-54</u>
Style: <u>Davis-Lynch, Inc. v. Weatherford International, Inc.</u>
2. Applicant is representing the following party/ies: <u>Weatherford International, Inc.</u>
3. Applicant was admitted to practice in <u>Texas</u> (state) on <u>November 6, 2003</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts: _____.
8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the AStandards of Practice to be Observed by Attorneys.
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Joan E. Beckner do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

<u>3/3/04</u>   <u>Joan E. Beckner</u>
Date         Signature
             Name (please print) <u>Joan E. Beckner</u>
             State Bar Number: <u>24040496</u>
             Firm Name: <u>Howrey Simon Arnold & White, LLP</u>
             Address/P.O. Box: <u>750 Bering Drive</u>
             City/State/Zip: <u>Houston, Texas 77057</u>
             Telephone #: <u>(713) 787-1400</u>
             Fax #: <u>(713) 787-1440</u>

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 20___.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

EXHIBIT 9