

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Boards & Counsel > OED > Patent Attorney/Agent Search > Search Results > Detailed Information

| | |
|---|---|
| Last Name | VanHoutan |
| First Name | Tyler |
| Middle Name | T |
| Suffix | |
| Firm Name | Howrey LLP |
| Address | 1111 Louisiana St., 25th Floor |
| City | Houston |
| State/Province | TX |
| Postal Code | 77002 |
| Country | US |
| Primary Telephone | (713) 787-1400 |
| Registration Number | 54506 |
| Attorney/Agent | ATTORNEY |
| Date Registered as Attorney | 07/10/2003 |

Data extracted on Mon Jul 27 13:44:55 EDT 2009

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Last Modified: 07/27/2009 EST

EXHIBIT 12