**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **DAVIS-LYNCH, INC.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **CIVIL CASE NO. 6:07-CV-559** |
| vs. | § | |
| | § | |
| **WEATHERFORD INT'L, INC.** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

After considering Plaintiff Davis-Lynch, Inc. Motion to Show Cause why Defendant Weatherford Int'l, Inc. ("Weatherford") and its counsel Howrey LLP ("Howrey") should not be Held in Civil Contempt, any responses, the pleadings, evidence on file, and arguments of counsel, if any, the Court GRANTS the Motion in all respects.